UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

JUSTIN BRODER,

              Plaintiff,

    -against-

WCDOC
WESTCHESTER COUNTY DEPARTMENT OF
CORRECTIONS,

              Defendants,

_____X

**NOTICE OF MOTION TO
DISMISS THE COMPLAINT**

25-cv-7360

PLEASE TAK[...] on of Taryn A. Chapman-Langrin, Deputy Count[...] estchester County Attorney, Attorney for Defendant[...] Department of Correction, Officer LaLa, Sergea[...]s"), and upon all of the accompanying Exhibits[...] ndants will move this Court before the Honorable [...] e, Southern District of New York, United States C[...], New York, on March 26, 2026, requesting an Or[...]12 (b)(6), and for such other and further relief as this Honorable Court deems just and proper.  (Opposition papers due by March 5, 2026, or file an amended complaint.)

> Defendants' motion to dismiss (Doc. 15) is denied without prejudice to renewal for failure to comply with the Court's Individual Practices which require a pre-motion letter prior to filing a motion to dismiss. *See* Individual Practices 2(C).
>
> The Clerk of Court is respectfully requested to terminate the motion pending at Doc. 15.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>        February 2, 2026

Dated:    January 30, 2026

Yours, etc.

JOHN M. NONNA
Westchester County Attorney
Attorneys for Defendants

By: *Taryn A. Chapman-Langrin*

Taryn A. Chapman-Langrin (TC-1221)
Deputy County Attorney
   Of Counsel
600 Michaelian Office Building
148 Martine Avenue
White Plains, New York 10601
(914) 995-2684

TO:    Justin Broder, *pro se*
       209 Taylor Avenue
       Hagerstown, MD 21740