UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN D. BRODER,

                 Plaintiff,

        -against-

WESTCHESTER COUNTY DEPARTMENT
OF CORRECTIONS, et al.,

              Defendants.

**ORDER**

25-CV-07360 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action in September 2025. (Doc. 1). Defendants' request for permission to move to dismiss Plaintiff's Complaint was granted on March 16, 2025, and the Court entered a briefing schedule. (Doc. 24). On April 15, 2026, Defendants filed their motion to dismiss. (Doc. 27). Plaintiff's opposition was due by May 15, 2026. (Doc. 24). To date, Plaintiff has not filed an opposition to the motion to dismiss or sought an extension of time to file an opposition brief.

Given Plaintiff's *pro se* status, the Court *sua sponte* extends Plaintiff's time to oppose Defendants' motion to dismiss until June 26, 2026. Defendants' reply, if any, is due July 10, 2026.

**If Plaintiff fails to file his opposition by June 26, 2026, Defendants' motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at his address listed on the docket.

                            **SO ORDERED.**

Dated:   White Plains, New York
         May 27, 2026

                                                   PHILIP M. HALPERN
                                                   United States District Judge